IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| AMANDA DAWN EVANS,, | ) | NO.: 20-20560-JRS |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW New Rez LLC d/b/a Shellpoint Mortgage Servicing (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 1607 Saddlecreek Rd, Auburn, GA 30011 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 3) (the "Plan").

1.

Debtor's Plan fails to provide for payment of Creditor's estimated prepetition arrearage claim of $894.03.  Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

2.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

/s/A. Michelle Hart Ippoliti
A. Michelle Hart Ippoliti
Georgia BAR NO. 334291
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6537
770-643-4220

| | |
|---|---|
| In Re: | Bankruptcy Case No.:   20-20560-JRS13 |
| Amanda Dawn Evans | Chapter:   13 |
| | Judge   James R. Sacca |

CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of MCCALLA RAYMER PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Amanda Dawn Evans
1607 Saddlecreek Rd.
Auburn, GA 30011

Matthew Thomas Berry                                    (*served via ECF Notification*)
Matthew T. Berry & Associates
2751 Buford Highway, NE
Atlanta, GA 30324

Nancy J. Whaley, Trustee                                 (*served via ECF Notification*)
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:   06/01/2020      By:   /s/A. Michelle Hart Ippoliti
                    (date)              A. Michelle Hart Ippoliti
                                        Georgia BAR NO. 334291
                                        Attorney for Creditor