# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| AMANDA DAWN EVANS | ) | CASE: G20-20560-JRS |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

## CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's plan provides for payments to be paid to the secured anticipated claim of Atlanta Postal Credit Union. This creditor has filed a proof of claim as a general unsecured creditor (Claim #11), therefore, the Trustee opposes the proposed payment of this creditor as it creates an impermissible class in violation of 11 U.S.C. Section 1322(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 10th day of June, 2020.

Respectfully submitted,

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194

## CERTIFICATE OF SERVICE

Case No:  G20-20560-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

AMANDA DAWN EVANS
1607 SADDLECREEK RD.
AUBURN, GA  30011

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

LAW OFFICE OF MATTHEW T. BERRY & ASSOCIATES

This the 10th day of June, 2020.

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201